UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOROTHEA WAYNE HALE,

       Plaintiff,

                                    Case No.: 1:09-cv-318

v.

                                    HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 14).  The Report and Recommendation was duly served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that plaintiff's attorney's motion for fees (ECF No. 12) is **DENIED without prejudice**.

IT IS FURTHER ORDERED that any subsequent motion for attorney's fees in this case by plaintiff's attorney under 42 U.S.C. § 406(b) be supported by evidence in the manner outlined by the magistrate judge in the Report and Recommendation.

Dated:  November 28, 2011            /s/ Paul L. Maloney_____
                                   Paul L. Maloney
                                   Chief United States District Judge